IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 12 2015

JAMES N. HATTEN, Clerk

JASON LYTLE,

    Plaintiff,

v.

DAVID KING, Individually and d/b/a KING
CONSTRUCTION COMPANY, d/b/a
KINGS CONSTRUCTION COMPANY, f/k/a
KING'S CONSTRUCTION COMPANY,
INC.

    Defendants.

CIVIL ACTION No.

1:14-CV-00288- GGB

## PLAINTIFF'S CONSENT TO ENTRY OF FINAL JUDGMENT

Now comes pro se Plaintiff to Consent to the Court's facts and findings contained in the July 30, 2015 Order and in Compliance with the direction of the Court responds as follows:

Plaintiff upon receipt of the Court's Order that a stipulation to the entry of judgment be filed within 14 days of the date of the order [Document No. 60 page 1]made attempts to Stipulate with Defendants. Defendants counsel, John Mays, replied to Plaintiffs' request on August 4, 2015 "I'm still waiting to hear back from my client on this, but if you want to take a shot at a draft stipulation, that would be fine with me". Plaintiff then sent a rough draft of a stipulation by email to Defendants counsel. As of August 10, 2015, Plaintiff having not received any further communication from Defendants counsel hereby files Plaintiff's Consent to Entry of Final Judgment.

### I. DEFINITIONS

As used in this Consent:

    a. "Defendant King" means the David King, Individually, his successors and assigns, and

      his commissioners, directors, officers, managers, committees, agents, and employees.

b. "Defendant Kings Construction Company", means a company operating under the sole proprietorship of David King, his successors and assigns, and his commissioners, directors, officers, managers, committees, agents, and employees.
c. "Plaintiff" means Jason Lytle, Individually.
d. "Settlement Agreement" means the Settlement between the parties dated March 31, 2015.
e. "Order" means Order of the Court "Document 60" granting Plaintiff's Motion to Enforce Settlement (at the time of this notice document 60 is incorrectly identified on the Court's docket as Order on Motion for Extension of Time to Conduct Discovery). Docket list attached.

## II. OBJECTIVES

The Order of this Court dated July 30, 2015 "Document 60" filed in this civil action is meant to remedy the civil action filed in this suit. The Order of this Court is meant to be a final order directing the Defendant King and Defendant Kings Construction Company to comply with the terms of the settlement set forth in the Order of the Court granting in favor of Plaintiff in satisfaction with the FLSA Rules governing a pro se plaintiff under the terms and conditions of the March 31, 2015 agreement between the parties.

As pointed out by the court the March 31, 2015 settlement has been decided by the Court and the court found the terms fair and reasonable instructing the parties to either stipulate or file arguments why the entry of judgment would be improper. The Court fully instructed the parties that the Order is not an invitation to "relitigate the issue of whether a settlement was reached, or what the terms of such a settlement are" [Doc. 60 at page 13-14]. Therefore, Plaintiff refrains from rendering a history or notating any facts other than what the Court adopted and Granted in the Order dated July 30, 2015.

## III. JURISDICTION AND VENUE

This Court has jurisdiction over the subject matter of this action and over each of the Parties hereto, and venue of this action is proper in the United States District Court for the Northern District of Georgia, Atlanta Division.

The FLSA requires that settlements to recover back pay wages be approved by

the district court. *See Fulton v. TLC Lawn Care, Inc.*, 2012 WL 1788140, at *3 (D. Kan. May 17, 2012) (citation omitted); *see also Lynn's Food Stores v. United States*, 679 F.2d at 1355. The court may approve a "fair and reasonable" compromise of "issues actually in dispute" in order to "promote the policy of encouraging settlement of litigation." *Fulton*, 2012 WL 1788140, at *3 (citations omitted). The Court clearly addressed those issues in detail under its Order [Doc 60] and established that the Settlement Agreement is also fair and equitable to all parties, further finding that there was no fraud, unfair inducement or otherwise. First, the court must evaluate the agreement to determine if it is "fair and reasonable" to the employee. Second, if the agreement is fair and reasonable to the employee, the court must evaluate whether the agreement frustrates implementation of the FLSA. If the agreement satisfies both conditions, courts may approve settlements of FLSA claims.

## IV. COMPLIANCE WITH AND ENTRY OF FINAL JUDGMENT

(A) Plaintiff consents and agreeds with the court that the terms and conditions of the Settlement Agreement dated March 31, 2015 should be fully adopted as entered by this Court on July 30, 2015 as a final Judgment.

(B) Defendant shall abide by and comply with the provisions of the proposed Order of the Court, and shall comply with all the terms and provisions of the Settlement Agreement dated March 31, 2015 as though the same were in full force and effect as an order of this Court.

    i. Defendant shall make monthly payments to the Plaintiff consisting of $500.00 each month until the full amount of $5,000.00 has been paid in full beginning immediately;

    ii. In the event of a Default the Plaintiff will be awarded the unpaid balance of the $5,000.00 plus and additional Five Thousand Dollars ($5,000.00) plus attorney fees and costs to pursue the default.

(C) Defendant shall represent that the actions ordered in the Order of the Court can and will be made, and that Defendant shall later raise no claim of mistake, hardship or difficulty of compliance as grounds for asking this Court to modify any of the provisions contained therein.

## V. CONCLUSION

Plaintiff inadvertently failed to specifically ask the Court to enter a judgment in Plaintiff's motion to enforce settlement agreement believing that asking the court to enforce was a request to enter a judgment in Plaintiff's favor. Plaintiff is now correcting that error and specifically asking the Court to enter a judgment having found that the settlement reached on March 31, 2015 does not place the pro se Plaintiff at an unfair disadvantage and that there is no issue raised regarding any protection of the employer from having the settlement made public and enforced.

Plaintiff adds that the Court having reviewed and determined there was an agreement Prays that the Court now enforce the March 31, 2015 settlement agreement with an Order of Final Judgment in this case and further ordering Defendant to immediately comply with the terms of the settlement agreement without further delay.

Dated: August 10, 2015

Respectfully submitted,

_Jason Lytle_
Jason Lytle
Pro Se Plaintiff
87 Reed Clark Road
Dry Branch, GA 31020
Phone: 404-300-9000
Email: jlytle12343@att.net

## CERTIFICATION OF CONFERENCE

This is to certify that I have made reasonable efforts to conference with Defendants attorney John Mays to Stipulate to a Final Judgment as required by the Court's Order [Document 60] prior to filing the above PLAINTIFF'S CONSENT TO ENTRY OF FINAL JUDGMENT.

_____
Jason Lytle

## CERTIFICATION OF SERVICE

This is to certify that I have this day electronically filed the foregoing PLAINTIFF'S CONSENT TO ENTRY OF FINAL JUDGMENT by placing it in the United States Postal Service, and further certify that I have this day, August 10, 2015, served Defendants with same by placing a copy in the United States mail, first class, addressed to:

John L. Mays
Mays & Kerr
235 Peachtree Street
Tower 1, Suite 202
Atlanta, Georgia 30303
john@maysandkerr.com

_____
Jason Lytle

**1:14-cv-00288-GGB** Lytle v. King's Construction Company, Inc. et al
Gerrilyn G. Brill, presiding
Date filed: 01/31/2014
Date of last filing: 08/03/2015

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed: Entered: | 01/31/2014 02/04/2014 | Complaint |
| 2 | Filed: Entered: | 01/31/2014 02/04/2014 | Initial Disclosures |
| | Filed & Entered: | 02/14/2014 | Clerks Certificate of Mailing |
| 3 | Filed & Entered: | 02/14/2014 | Summons Issued |
| 4 | Filed: Entered: | 03/03/2014 03/04/2014 | Return of Service Executed |
| 5 | Filed: Entered: | 03/03/2014 03/04/2014 | Consent to Jurisdiction by US Magistrate Judge |
| 6 | Filed: Entered: | 03/03/2014 03/04/2014 | Return of Service Executed |
| 7 | Filed & Entered: | 03/18/2014 | Answer to Complaint |
| 8 | Filed: Entered: | 04/02/2014 04/03/2014 | Notice (Other) |
| 9 | Filed: Entered: | 04/14/2014 04/15/2014 | Objection |
| 10 | Filed & Entered: | 04/17/2014 | Certificate of Interested Persons |
| 11 | Filed & Entered: | 04/17/2014 | Notice of Filing |
| 12 | Filed & Entered: | 04/17/2014 | Certificate of Service |
| 13 | Filed & Entered: | 04/21/2014 | Joint Preliminary Report and Discovery Plan |
| 14 | Filed & Entered: | 04/21/2014 | Joint Preliminary Report and Discovery Plan |
| 15 | Filed & Entered: | 05/05/2014 | Certificate of Service |
| 16 | Filed: Entered: | 05/09/2014 05/12/2014 | Notice of Filing |
| 17 | Filed: Entered: | 05/13/2014 05/15/2014 | Notice (Other) |
| 18 | Filed & Entered: | 05/16/2014 | Certificate of Service |
| | Filed & Entered: | 05/22/2014 | Clerks Certificate of Mailing |
| 19 | Filed & Entered: | 05/22/2014 | Scheduling Order |
| 20 | Filed & Entered: | 05/29/2014 | Certificate of Service |
| 21 | Filed: | 05/30/2014 | Motion for Issuance of Subpoena |

|    | | | |
|----|---|---|---|
|    | Entered: | 06/02/2014 | |
|    | Terminated: | 05/30/2014 | |
| 22 | Filed: | 05/30/2014 | Motion to Amend |
|    | Entered: | 06/02/2014 | |
|    | Terminated: | 12/08/2014 | |
| 23 | Filed: | 06/04/2014 | Notice (Other) |
|    | Entered: | 06/05/2014 | |
| 24 | Filed: | 06/05/2014 | Notice (Other) |
|    | Entered: | 06/06/2014 | |
| 25 | Filed: | 06/05/2014 | Initial Disclosures |
|    | Entered: | 06/06/2014 | |
| 26 | Filed: | 06/12/2014 | Notice (Other) |
|    | Entered: | 06/13/2014 | |
|    | Filed & Entered: | 06/13/2014 | Notification of Docket Correction |
|    | Filed & Entered: | 06/17/2014 | Submission to District Judge |
| 27 | Filed: | 07/07/2014 | Notice (Other) |
|    | Entered: | 07/08/2014 | |
| 28 | Filed: | 07/14/2014 | Notice (Other) |
|    | Entered: | 07/16/2014 | |
| 29 | Filed & Entered: | 08/18/2014 | Motion for Order |
|    | Terminated: | 12/05/2014 | |
| 30 | Filed: | 08/27/2014 | Response in Opposition to Motion |
|    | Entered: | 08/28/2014 | |
| 31 | Filed & Entered: | 09/01/2014 | Reply Brief |
|    | Filed & Entered: | 09/10/2014 | Submission to District Judge |
| 32 | Filed & Entered: | 11/12/2014 | Motion for Extension of Time to Complete Discovery |
|    | Terminated: | 11/20/2014 | |
| 33 | Filed & Entered: | 11/13/2014 | Notice of Filing |
|    | Filed & Entered: | 11/20/2014 | Clerks Certificate of Mailing |
|    | Filed & Entered: | 11/20/2014 | Submission to Magistrate Judge |
| 34 | Filed & Entered: | 11/20/2014 | Order on Motion for Extension of Time to Complete Discovery |
| 35 | Filed & Entered: | 11/20/2014 | Order Reassigning Case |
| 36 | Filed & Entered: | 11/20/2014 | Notice (Other) |
| 37 | Filed: | 12/05/2014 | Order on Motion for Order |
|    | Entered: | 12/09/2014 | |
| 38 | Filed: | 12/08/2014 | Order on Motion to Amend |
|    | Entered: | 12/09/2014 | |
| 39 | Filed: | 12/08/2014 | Amended Complaint |
|    | Entered: | 12/09/2014 | |
| 40 | Filed: | 12/08/2014 | Order Referring Case to Settlement Judge |
|    | Entered: | 12/09/2014 | |
|    | Filed & Entered: | 12/09/2014 | Clerks Certificate of Mailing |

|    | Filed & Entered: 12/09/2014 | Notification of Docket Correction |
|----|------------------------------|-----------------------------------|
|    | Filed & Entered: 12/19/2014 | Clerks Certificate of Mailing |
| 41 | Filed & Entered: 12/19/2014 | Order |
| 42 | Filed & Entered: 12/30/2014<br>Terminated: 05/19/2015 | Motion for Contempt |
|    | Filed & Entered: 01/05/2015 | Clerks Certificate of Mailing |
| 43 | Filed & Entered: 01/05/2015 | Order on Motion to Hold in Contempt |
| 44 | Filed: 01/12/2015<br>Entered: 01/13/2015 | Settlement Conference |
| 45 | Filed: 02/10/2015<br>Entered: 02/11/2015 | Order |
|    | Filed & Entered: 02/11/2015 | Clerks Certificate of Mailing |
| 46 | Filed & Entered: 02/11/2015 | Notice of Settlement |
| 47 | Filed & Entered: 02/23/2015 | Response to Motion |
| 48 | Filed: 03/04/2015<br>Entered: 03/06/2015 | Reply to Response to Motion |
|    | Filed & Entered: 03/17/2015 | Submission to Magistrate Judge |
| 49 | Filed: 04/10/2015<br>Entered: 04/24/2015<br>Terminated: 05/19/2015 | Motion for Miscellaneous Relief |
|    | Filed & Entered: 05/14/2015 | Submission to Magistrate Judge |
|    | Filed & Entered: 05/19/2015 | Clerks Certificate of Mailing |
| 50 | Filed & Entered: 05/19/2015 | Order on Motion to Hold in Contempt |
| 51 | Filed: 05/29/2015<br>Entered: 06/03/2015 | Motion for Extension of Time to Complete Discovery |
| 52 | Filed: 05/29/2015<br>Entered: 06/03/2015<br>Terminated: 07/30/2015 | Motion for Miscellaneous Relief |
| 53 | Filed & Entered: 06/09/2015 | Answer to Amended Complaint |
|    | Filed & Entered: 06/10/2015 | Notification of Docket Correction |
| 54 | Filed & Entered: 06/15/2015 | Response in Opposition to Motion |
| 55 | Filed: 06/15/2015<br>Entered: 06/17/2015 | Motion for Leave to File |
| 56 | Filed: 06/29/2015<br>Entered: 06/30/2015 | Reply to Response to Motion |
|    | Filed & Entered: 07/06/2015 | Submission to Magistrate Judge |
| 57 | Filed & Entered: 07/15/2015 | Certificate of Service |
| 58 | Filed & Entered: 07/17/2015 | Certificate of Service |
| 59 | Filed & Entered: 07/17/2015 | Motion to Compel |
|    | Filed & Entered: 07/30/2015 | Clerks Certificate of Mailing |
| 60 | Filed & Entered: 07/30/2015 | Order on Motion for Extension of Time to Complete Discovery |