IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON LYTLE,<br><br>    Plaintiff,<br><br>v.<br><br>KING'S CONSTRUCTION COMPANY and DAVID KING,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>1:14-cv-288-GGB |

## **ORDER**

This case is before the Court following this Court's directing the parties to raise any objections to the entry of a stipulated judgment. The Plaintiff has stipulated to the entry of judgment. (Doc. 63). The Defendants have not raised any objections to the entry of a stipulated judgment, and have indicated to the Court that they have no objection. Accordingly, I **ORDER** that the settlement agreement, (Doc. 52-1 at 6-12), be **ENTERED** as judgment in this case pursuant to the terms of my previous order, (Doc. 60), and that the case be **ADMINISTRATIVELY CLOSED**. All other remaining motions, (Docs. 51, 55, 59, 61), are **DISMISSED AS MOOT**. On August 3, Plaintiff filed a motion, (Doc. 61), with this Court which was titled, in part, a motion for sanctions. The motion itself does not appear to contain any request for sanctions. In any event, I find no basis for the imposition of

AO 72A
(Rev.8/82)

sanctions. To the extent the Plaintiff has requested sanctions in Doc. 61, that motion is **DENIED**.

IT IS SO ORDERED this 25th day of August, 2015.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE